IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-827-SLR |
| | ) | |
| CELLCO PARTNERSHIP, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-830-SLR |
| | ) | |
| AUDIOCODES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-833-SLR |
| | ) | |
| SONY ELECTRONICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 11-834-SLR |
| | ) | |
| FEDERAL EXPRESS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

|  |  |
|---|---|
| CYBERFONE SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-835-SLR |
| ) | |
| ECHOSTAR TECHNOLOGIES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 19th day of December, 2012, consistent with the in-person conference held on December 10, 2012, and before the court rules on defendants' request to file early summary judgment motions;

IT IS ORDERED that the defendants shall submit letter briefs expressly disclosing the issues they wish to explore, as well as the need for expedition. The opening letter brief shall be no longer than five (5) pages and filed with the court no later than **January 7, 2013.** Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than **January 22, 2013.** Reply letter briefs shall be no longer than three (3) pages and filed with the court on or before **January 28, 2013.** The court shall conduct a further status conference on **January 31, 2013 at 3:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware, in order to resolve defendants' request to file early summary judgment motions as well as any other issues.

United States District Judge