IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CYBERFONE SYSTEMS, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-827-SLR |
| CELLCO PARTNERSHIP, et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-830-SLR |
| AUDIOCODES, INC., et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-833-SLR |
| SONY ELECTRONICS, INC., et al., | ) ) ) | |
| Defendants. | ) | |
| CYBERFONE SYSTEMS, LLC, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 11-834-SLR |
| FEDERAL EXPRESS CORPORATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

At Wilmington this 5th day of February, 2013, consistent with the in-person conference held on January 31, 2013;

IT IS ORDERED that plaintiff shall submit its proposed claim construction of the two terms at issue in the '676, '103, and '382 patents[1] on or before **February 21, 2013**. Defendants shall serve and file their opening brief on claim construction on or before **March 14, 2013**.[2] Plaintiff shall serve and file its answering claim construction brief on or before **April 4, 2013**. Defendants shall serve and file their reply brief on or before **April 11, 2013**. Plaintiff shall serve and file its surreply brief on or before **April 18, 2013**.

IT IS FURTHER ORDERED that oral argument on claim construction shall be heard on **Friday, May 3, 2013**, at **9:30 a.m.** in courtroom 4B on the 4th Floor, Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge

---

[1] "Form driven operating system" and "transaction assembly server."

[2] Defendants may include in their opening brief argument related to whether the claim terms of the '024 patent ("client module" and "computer code for generating a data transaction") should be construed as synonymous with the two terms at issue in the '676, '103 and '382 patents.